IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED

| | |
|---|---|
| INNOVATIVE OFFICE PRODUCTS, INC. and ERGOTECT CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY MOSCOVITCH,<br><br>Defendant. | 2013 JUN -5 A 10: 37<br><br>CLERK US DISTRICT COURT<br>ALEXANDRIA, VIRGINIA<br><br>CIVIL ACTION NO.: 1:13-CV-672<br><br>JURY TRIAL DEMANDED |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Ergotect Corporation in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

CARR, MORRIS & GRAEFF, P.C.

By: _____
Lawrence E. Carr III (VSB No. 77719)
lcarr@cmgpc.com
Dana G. Theriot (VSB No. 44100)
dtheriot@cmgpc.com
8300 Boone Blvd., Suite 250
Vienna, Virginia 22182
Telephone: 703-288-2900
Facsimile: 703-288-9550

*Attorneys for Plaintiff Ergotect Corporation*

Date: June 5, 2013